IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WOLVES OF THE ROCKIES, INC., a Montana Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUZANNE STONE; INTERNATIONAL WILDLIFE COEXISTENCE NETWORK, INC.,<br><br>　　　　　Defendants. | CV 21–140–M–DLC<br><br><br>ORDER |

　　　　Before the Court is Defendants' Motion to Vacate Scheduling Order (Doc. 13) and Unopposed Motion for Admission of Alexander Reid *Pro Hac Vice* (Doc. 14).  The Court will grant the *pro hac vice* motion and deny in part and defer in part the motion to vacate.

　　　　With respect to the *pro hac vice* motion, Mr. Reid's application appears to be in order.  As such, the Court will grant the motion.  As to the motion to vacate, the Court declines to vacate the responsive briefing deadline established by prior order (Doc. 6) and will defer ruling on the request to vacate the hearing at this time.  Of course, the Court will not treat the filing of a responsive brief to Plaintiff's motion for a preliminary injunction (Doc. 3), as a waiver of any personal jurisdiction defense.

1

Accordingly, IT IS ORDERED that Defendants' *pro hac vice* motion (Doc. 14) is GRANTED on the condition that Mr. Reid does his own work.  This means that Mr. Reid must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally.  Mr. Reid shall take steps to register in the Court's electronic filing system (CM-ECF).  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Reid files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

IT IS FURTHER ORDERED that Defendants' motion to vacate (Doc. 12) is DENIED, in part, and DEFERRED, in part, as set forth previously in this Order.  Defendants shall file their responsive brief as previously ordered (Doc. 6 at 1–2).

DATED this 14th day of December, 2021.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court