IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WOLVES OF THE ROCKIES, INC., a Montana Corporation, | CV 21–140–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SUZANNE STONE; INTERNATIONAL WILDLIFE COEXISTENCE NETWORK, INC., | |
| Defendants. | |

Before the Court is Plaintiff's Unopposed Motion for Leave to Appear *Pro Hac Vice*.  (Doc. 16.)  Plaintiff seeks the admission of Theodore Sabety *pro hac vice* in the above-captioned matter.  (*Id.*)  It appears Gregory A. McDonnell intends to act as local counsel.  (*Id.*)  Mr. Sabety's application appears to be in order.  (Doc. 16-1.)

Accordingly, IT IS ORDERED that the motion (Doc. 16) is GRANTED on the condition that Mr. Sabety does his own work.  This means that Mr. Sabety must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally.  Mr. Sabety shall take steps to register in the Court's electronic filing system (CM-ECF).  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Sabety files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 16th day of December, 2021.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court